UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00125-D

| | |
|---|---|
| JILL C. MCCABE,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>    Defendant. | **ORDER ON THE<br>JOINT MOTION TO HOLD DEADLINES<br>IN ABEYANCE** |

Having considered the parties' Joint Motion to Hold Deadlines in Abeyance, the Court being fully advised, and for good cause shown:

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Hold Deadlines in Abeyance **IS GRANTED**.

SO ORDERED. This **31** day of January 2014.

JAMES C. DEVER III
Chief United States District Judge