UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-00125-D

JILL C. MCCABE,

    Plaintiff,

vs.

ABBOTT LABORATORIES, INC.,

    Defendant.

**ORDER GRANTING MOTION TO SEAL EXHIBITS TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Plaintiff's Motion to Seal the Exhibits to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment. The Exhibits consist of documents Defendant provided to Plaintiffs during Phase I of Discovery. Upon the request of Defendant, Plaintiffs agree to keep certain documents confidential.

For these reasons and for good cause shown, the Plaintiff's Motion to Seal the Exhibits to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment is GRANTED. It is ordered that all exhibits referenced shall be SEALED until further order of this Court.

SO ORDERED, this **22** day of **April**, 2014.

_____
James C. Dever III
Chief United States District Judge