# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JILL C. MCCABE, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| v. ) | **CASE NO. 5:13-CV-125-D** |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court.**

      IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on September 19, 2014, the court GRANTS defendant's motion for summary judgment.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 19, 2014**, AND A COPY MAILED TO:

G. Christopher Olson (via CM/ECF Electronic Notification)
H. Forest Horne, Jr. (via CM/ECF Electronic Notification)
Zebulon D. Anderson (via CM/ECF Electronic Notification)


September 19, 2014                           JULIE A. RICHARDS, Clerk
Date                                           *Eastern District of North Carolina*

                                                               /s/ Susan W. Tripp
*New Bern, North Carolina*                        *(By) Deputy Clerk*